# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Sal Rivera, individually and on behalf of all others similarly situated, *Plaintiff(s)* | )))))))) |
| v. | ) Civil Action No. |
| Walmart Inc., *Defendant(s)* | )))))) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Walmart Inc.
c/o The Corporation Trust Company
1209 N Orange St
Wilmington DE 19801-11210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

AJK Legal, 1580 Sawgrass Corporate Pkwy Ste 130, Sunrise FL 33323

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                  _____
*Signature of Clerk or Deputy Clerk*